UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERRY WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>J. ANDRADE, et al.,<br><br>　　　　Defendants. | 1:13-cv-01892-LJO-GSA-PC<br>[Fresno Superior Court case #13CECG01419]<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br>(Doc. 6.)<br><br>ORDER REMANDING THIS CASE TO FRESNO SUPERIOR COURT<br><br>ORDER FOR CLERK TO CLOSE CASE AND SERVE NOTICE OF REMAND |

　　　　Gerry Williams ("Plaintiff") is a state prisoner proceeding pro se in this civil action which was removed to federal court from the Fresno Superior Court on November 21, 2013, by defendants Andrade, Black, Deathridge, May, Oxborrow, J. Rodriguez, R. Rodriguez, Rumbles, Shuler, Silveira, Webster, and Wisely ("Defendants") pursuant to 28 U.S.C. § 1441(a). (Doc. 2.). The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On November 25, 2013, findings and recommendations were entered, recommending that this case be remanded to the Fresno Superior Court. (Doc. 6.) The parties were provided an opportunity to file objections to the findings and recommendations within thirty days. (Id.) On December 23, 2013, Defendants filed objections to the findings and recommendations.

(Doc. 7.)  Plaintiff has not filed objections or otherwise responded to the findings and recommendations.  (Court Record.)

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this Court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, including Defendants' objections, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on November 25, 2013, are ADOPTED IN FULL;
2. This case is REMANDED to the Fresno Superior Court; and
3. The Clerk is directed to CLOSE this case and SERVE NOTICE of the remand.

IT IS SO ORDERED.

Dated:   **January 9, 2014**            /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE